**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JOHNSEN, DANIEL | ) | |
| | ) | CASE NO. 03-51701 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
    Kane County Courthouse
    100 S. 3rd Street, Courtroom 140
    Geneva, IL  60134

    on:  December 8, 2005
    at:  10:00 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $   5,007.17

    b. Disbursements                         $     400.00

    c. Net Cash Available for Distribution   $   4,607.17

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 1,250.72 | $ |
| JOSEPH R. VOILAND | $ | $ | $ 332.66 |

Trustee

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $12,572.27, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $22.86%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Express Centurion Bank | $ 8,903.36 | $ 2,035.14 |
| 2 | JP Morgan Chase Bank | $ 3,668.91 | $ 838.65 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account - $500.00; Cash - $10.00; Checking Account $100.00; Household Goods - $100.00; Wearing Apparel - $50.00; Illinois Municipal Retirement Fund – $31,180.00; 1993 Buick - $200.00; 1993 Honda - $200.00; Cell Phone - $25.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   October 24, 2005                      For the Court,

By:   KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                    Page 1 of 1              Date Rcvd: Oct 24, 2005
Case: 03-51701                    Form ID: pdf002                Total Served: 10

The following entities were served by first class mail on Oct 26, 2005.
 db         +Daniel Johnsen,   25 So Cherry Tree Ct,    North  Aurora, IL 60542-1559
 aty        +Joseph R Voiland,   Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
 aty        +Robert Handley,    Moroni & Handley,    373 S Schmale,    Suite 203,    Carol Stream, IL 60188-2773
 tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
 7610502    +American Express Centurion Bank,    c/o Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
 7610503    +Bank One,    P. O. Box 3211,    Milwaukee, WI 53201-3211
 9333167     JP Morgan Chase Bank,    POB182223,    Columbus, OH 43218
 7610504    +National City Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
 7610505    +Raissa Jarosz,    304 N. Johnson,    Newark, IL 60541-9512
 7610506    +Sears,    P. O. Box 182149,    Columbus, OH 43218-2149

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             American Express  Centurion Bank
 br             Laura Edward
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2005**                              **Signature:** _Joseph Speetjens_

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234