## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | \|     CHAPTER 7 CASE |
| JOHNSEN, DANIEL | \| |
| | \|     CASE NO. 03-51701 |
| | \| |
| | \|     HONORABLE MANUEL BARBOSA |
| Debtor(s) | \| |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION
### TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:  THE HONORABLE MANUEL BARBOSA,
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 attached hereto as Exhibit "B".  The Form 2 also reflects a net total  balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


3/9/2006_____           /s/JosephR.Voiland_____
DATE                           TRUSTEE