UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DANIEL JOHNSEN, | ) | CASE NO. 03 B 51701 |
| | ) | |
| DEBTOR. | ) | HON. MANUEL BARBOSA |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

To:    **Joseph Voiland, Esq.**
       **1625 Wing Road**
       **Yorkville, IL 60560**
       **Registrant's e-mail: jrvoiland@sbcglobal.net**

**Please Take Notice** that on <u>Monday, March 13, 2006</u>, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

IRA BODENSTEIN
UNITED STATES TRUSTEE

DATED: <u>March 13, 2006</u>                    BY:  <u>/s/ Roman Sukley</u>
                                                    Roman Sukley, Trial Attorney
                                                    Attorney Id. # 03122172
                                                    OFFICE OF THE U.S. TRUSTEE
                                                    227 WEST MONROE, SUITE 3350
                                                    CHICAGO, ILLINOIS  60606
                                                    (312) 886-3324

**CERTIFICATE OF SERVICE**

I, Roman Sukley, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on <u>March 13, 2006</u>.

/s/ Roman Sukley